# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO. 3:00cr16LAC

KENNON BRADFORD

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 3, 2007

Motion/Pleadings:   PETITION FOR COURT TO INTERVENE AND DETERMINE ADR IN IFRP

Filed by DEFENDANT PRO SE   on  01/03/2007   Doc.# 40

RESPONSES:

                                   on                  Doc.#

                                   on                  Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of January, 2007, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                                *s/L.A. Collier*

                                                             **LACEY A. COLLIER**
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.